IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLOOMBERG L.P.**, <br> 731 Lexington Ave <br> New York, NY 10022 <br> <br> **Plaintiff,** <br> <br> v. <br> <br> **FEDERAL TRADE COMMISSION,** <br> FTC Headquarters <br> 600 Pennsylvania Avenue, NW <br> Washington, D.C. 20580 <br> <br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1. Plaintiff BLOOMBERG L.P. brings this suit to force Defendant FEDERAL TRADE COMMISSION to comply with Plaintiff's FOIA requests and produce "Pre-Consummation Warning Letters." In violation of FOIA, Defendant refused to release records under Exemption 3 and the Hart-Scott-Rodino Antitrust Improvement Act of 1976 (The HSR Act), 15 U.S.C. § 18a(h), and under Exemption 7(A).

## PARTIES

2. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio, streaming video, print and live events. BLOOMBERG L.P. made the FOIA request at issue in this case.

3.     Defendant FEDERAL TRADE COMMISSION ("FTC") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4.     This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

5.     Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## JUNE 23, 2022 FOIA REQUEST

6.     On June 23, 2022, BLOOMBERG submitted a FOIA request to FTC for "all pre-consummation warning letters issued by the agency since July 2021 as disclosed in its August 3, 2021 blog post: https://www.ftc.gov/enforcement/competition-matters/2021/08/adjusting-merger-review-deal-surge-merger-filings."  BLOOMBERG sought records from July 1, 2021, to June 23, 2022.  A true and correct copy of the FOIA request, submitted via FTC's online FOIA portal, is attached as Exhibit 1.

7.     FTC assigned reference number FOIA-2022-01204 to the request.

8.     On June 28, 2022, FTC denied the request in its entirety citing Exemption 7(A) of FOIA.  A true and correct copy of the FTC's response letter is attached as Exhibit 2.

9.     On July 15, 2022, BLOOMBERG appealed FTC's denial.  A true and correct copy of BLOOMBERG's appeal letter is attached as Exhibit 3.

10.    On August 15, 2022, FTC affirmed its denial.  A true and correct copy of FTC's appeal determination is attached as Exhibit 4.

11.    In addition to affirming FTC's application of Exemption 7(A) to the responsive records, FTC also asserted for the first time that the responsive records are exempt pursuant to Exemption 3 in conjunction with the HSR Act, 15 U.S.C. § 18a(h).  *Id.*

12. FTC has previously, and while 15 U.S.C. § 18a(h) has been in effect, released to the public "Early Termination Letters," which disclose the identities of companies who filed premerger notification to the FTC under 15 U.S.C. §18a.

13. FTC has not demonstrated that the withheld records are prohibited from release pursuant to Exemptions 3 and the HSR Act.

14. FTC has not demonstrated that the withheld records are exempt pursuant to Exemption 7(A).

15. As of the date of this filing, FTC has failed to produce records responsive to the request and has failed to comply with FOIA.

### COUNT I – JUNE 23, 2022 FOIA REQUEST
### FTC'S FOIA VIOLATION

16. The above paragraphs are incorporated by reference.

17. BLOOMBERG's FOIA request seeks the disclosure of agency records and was properly made.

18. Defendant FTC is a federal agency subject to FOIA.

19. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

20. Defendant FTC has failed to produce records responsive to the request.

**WHEREFORE,** Plaintiff asks the Court to:

    i. declare that FTC has violated FOIA;

    ii. order FTC to conduct a reasonable search for records responsive to the requests;

    iii. order FTC to produce all non-exempt requested records or portions of records promptly;

    iv. enjoin FTC from withholding non-exempt public records under FOIA;

- 4 -

 v. award Plaintiff attorneys' fees and costs; and

 vi. award such other relief the Court considers appropriate.

Dated:  October 28, 2022

              RESPECTFULLY SUBMITTED,

              */s/ Matthew V. Topic*

              Attorneys for Plaintiff
              BLOOMBERG L.P.

              Matthew Topic, D.C. Bar No. IL0037
              Josh Loevy, D.C. Bar No. IL0105
              Merrick Wayne, D.C. Bar No. IL0058
              Shelley Geiszler, D.C. Bar No. IL 0087
              LOEVY & LOEVY
              311 N. Aberdeen, Third Floor
              Chicago, IL 60607
              (312) 243-5900
              foia@loevy.com