IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 22-cv-3309 (RC) |
| v. ) | |
| ) | |
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff files this unopposed motion to modify the summary judgment briefing schedule in this case. 12/23/22 Minute Order. Plaintiff's cross-motion for summary judgment and response to Defendant's motion for summary judgment is currently due on April 7, 2023. The attorney handling the case has recently started parental leave, and the attorney who will be working on the brief requires additional time to prepare it. Plaintiff had intended to file this motion two weeks earlier, but failed to do so due to an internal miscommunication. Defendant does not oppose this motion. Plaintiff respectfully requests that the Court vacate the current briefing schedule and order the following briefing schedule:

Plaintiff's cross-motion for summary judgment and response to Defendant's summary judgment motion: 4/28/23

Defendant's response to Plaintiff's cross-motion and reply in support of Defendant's motion: 6/20/23

Plaintiff's reply in support of its cross-motion: 7/7/23

- 2 -

Dated:  April 5, 2023

                                                    RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Matthew Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL 0087
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiffs*