**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLOOMBERG L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 22-cv-3309 (RC) |
| v. ) | |
| ) | |
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF LEAH NYLEN

1. My name is Leah Nylen.

2. I am antitrust reporter for Bloomberg and have over 10 years of experience reporting on antitrust matters, including mergers and the Hart-Scott-Rodino process.

3. I made the FOIA request at issue in this case.

4. The statements in this declaration are based on my personal knowledge.

5. For over 25 years, FTC has released unredacted "closing letters" on its website. The recipients of those letters are the companies who filed HSR pre-merger notifications. Attached as Exhibit A is a listing of the URLs for those closing letters.

6. Public companies disclose the fact of their planned mergers and their HSR pre-merger notifications and updates about the review of their potential mergers in SEC filings that are publicly available. Attached as Exhibit B is a listing of examples.

7. Public and non-public companies often issue press releases disclosing their planned mergers. Attached as Exhibit C is a listing of examples.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements made in the foregoing declaration are true and correct to the best of my knowledge, information, and belief.

*Leah Nylen*
_____

Leah Nylen

April 27, 2023

| |
|---|
| https://www.ftc.gov/sites/default/files/documents/closing_letters/polyclinic-medical-center-inc./harrisburg-hospital/951127polyclinicletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/mercy-hospital/960826mercyhospitalletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/general-electric/united-technologies-corporation/961122gefeinsteinletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/jones-intercable-inc./intermedia-partners-iii-l.p./951210jonesmillerletter.pdf |
| https://www.ftc.gov/news-events/news/press-releases/1997/07/ftc-allows-merger-boeing-company-mcdonnell-douglas-corporation |
| https://www.ftc.gov/sites/default/files/documents/cases/2001/08/arquit.htm |
| https://www.ftc.gov/sites/default/files/documents/cases/2001/09/pttosco.htm |
| https://www.ftc.gov/sites/default/files/documents/cases/2002/03/hphp.htm |
| https://www.ftc.gov/sites/default/files/documents/cases/2002/07/avantparkerltr.htm |
| https://www.ftc.gov/sites/default/files/documents/cases/2002/10/royalclosing.pdf |
| https://www.ftc.gov/system/files/documents/closing_letters/save-mart-supermarkets/030519savemartletter.pdf |
| https://www.ftc.gov/system/files/documents/closing_letters/eli-lilly-co.sepracor-inc./030627elilillycoletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/cases/2003/12/031229closinglettersunoco0310139.pdf |
| https://www.ftc.gov/system/files/attachments/press-releases/ftc-closes-its-investigation-genzyme-corporations-2001-acquisition-novazyme-pharmaceuticals-inc./040113genzyme.pdf |
| https://www.ftc.gov/sites/default/files/documents/cases/2004/02/040211lettercaremark0310239.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/vista-health-acquisition-provena-st.therese-medical-center/040630closingvista0110225.pdf |
| https://www.ftc.gov/sites/default/files/documents/cases/2005/01/040105ltrosi0410179.pdf |
| https://www.ftc.gov/sites/default/files/documents/cases/2005/06/050616ltromnicare0410146.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/acquisition-comcast-corporation-and-time-warner-cable-inc.cable-assets-adelphia-communications-corporation-and-related-transactions/0510151timewarnerclosingletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/roche-holding-ltd./genentech-inc.s-proposed-acquisition-tanox-inc./070802rochegenentechtanox2.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/proposed-acquisition-mercy-hospital-pittsburgh-university-pittsburgh-medical-center/0610280upmcmercyhospitalclosinglettertcounselforupmc.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/proposed-acquisition-hellman-friedman-capital-partners-v-lp-click-holding-company-google-inc./071220google.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/carmeuse-holding-s.a./oglebay-norton-company/080211carmeuse.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/market-data-retrieval-and-mktg-services/080529michaelcantor.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/marathon-oil-company-llc/citgo-petroleum/0810052marathonclosingletter_steptoe.pdf |

**Exhibit A**

| |
|---|
| https://www.ftc.gov/sites/default/files/documents/closing_letters/banner-health/sun-health/0810054closinglettersunhealth.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/hulman-company/jel-sert/081105hulamjelsertclosingletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/herff-jones/american-achievement-corporation/081222herffjonescuomocletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/scientific-games-corporation/oberthur-gaming-technology-corporation/090127scientificgamesparkercletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/carlisle-companies-inc./ach-foam-technologies/090217carlislehoffman.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/kellogg-company/wholesome-hearty-foods-company/090520closingletterinkellogg.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/crane-co./lasco-composites-llp/090526closinglettercraneco.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/snyders-house-hanover-inc./utz-quality-foods-inc./091203utzkitainletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/thermo-fisher-scientific-inc./stonebridge-partners-equity-fund-iii-l.p./091218thermokolaskyletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/essilor-international/signet-armorlite-inc./100303marimichaelletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/green-mountain-coffee-roasters-inc./diedrich-coffee-inc./100510greenmountclosingletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/oscient-pharmaceuticals/lupin-pharmaceuticals/100810oscientpharmletterangelis.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/autodesk-inc./softimage/100818autodeskletersher.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/charles-river-laboratories-international-inc./wuxi-pharmatech-cayman-inc./100824charlesriverletterbartel.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/aloha-petroleum-llc/shell-oil-company/101112alohaletterjohn.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/ecolab-inc./o.r.solutions-inc./110302dierkingclosingletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/providence-health-services/spokane-cardiology-and-hearts-clinic-northwest/110321providenceclosingletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/providence-health-services/spokane-cardiology-and-hearts-clinic-northwest/110321heartsclosingletters.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/mcgraw-hill-companies-inc.platts/united-communications-group-opis/110422mcgrawletterlarson.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/catholic-health-east/ascension-health/110427catholicgeneralhealth.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/texas-oncology-p.a.and-central-texas-oncology-associates-p.a.doing-business-southwest-regional-cancer-center/111018texasoncologycletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/acquisition-hca-inc.cardiology-practices-austin-texas-area/120109hcawcarlyle.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/zuffa-llc/explosion-entertainment-llc/120125zuffa.pdf |

| |
|---|
| https://www.ftc.gov/sites/default/files/documents/closing_letters/dartmouth-hitchcock-health/catholic-medical-center-health-system/120126cmc.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/proposed-acquisition-medco-health-solutions-inc.express-scripts-inc./120402expressletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/yale-new-haven-hospital/saint-raphael-healthcare-system/120601yalenewhavenltr.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/sony/emi/120629citigroupclosingletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/spectrum-pharmaceuticals-inc./allos-therapeutics-inc./120828spectrumallosletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/proposed-acquisition-vivendi-s.a.emi-recorded-music/120921emilettercitigroup.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/praxair-inc./epco-carbon-dioxide-products-inc./120925praxairclosing.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/wang-jian-bgi-shenzhen/complete-genomics-inc./130104wangjiancg-closingltr.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/koch-industries-inc./hamworthy-combustion/130221kochhamworthyproger.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/lubrizol-corporation/chemtool-inc./130228chemtool.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/tempur-pedic-international-inc./sealy-corporation/130307tempurpedicincletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/baxter-international-inc./inspiration-biopharmaceuticals-inc./130315baxtermcfallsletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/aderans-co.ltd./hc-usa/130405aderansclosingltr.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/moses-h.cone-memorial-hospital/armc-health-care/130426armchealthcareclosingletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/tesoro-corporation/bp-p.l.c./130517tesoro_bpcltrbp.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/gencorp-inc./united-technologies-corp./130610unitedtechletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/crane-co./mei-conlux/130723meiconluxcltr.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/acquisition-firstsearch-environmental-information-network-environmental-data-resources-inc./130911environmentaldatacltr.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/magellan-midstream-partners-l.p./plains-all-american-pipeline-l.p./130919magellanmidstreamletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/john-muir-health/tenet-healthcare-corporation/130923johnmuirhealthletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/palo-alto-foundation-medical-group/mills-peninsula-medical-group/131028paloaltomillsletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/palo-alto-foundation-medical-group/mills-peninsula-medical-group/131028paloaltosutterletter.pdf |
| https://www.ftc.gov/sites/default/files/documents/closing_letters/office-depot-inc./officemax-inc./131101officedepotletter.pdf |

| |
|---|
| https://www.ftc.gov/system/files/documents/closing_letters/proposed-merger-rochester-general-health-system-unity-health-system/140430rochestergeneralletter.pdf |
| https://www.ftc.gov/system/files/documents/closing_letters/mens-wearhouse/jos.bank-clothiers/140530menswearhousecltr.pdf |
| https://www.ftc.gov/system/files/documents/closing_letters/regency-energy-partners-lp/eagle-rock-energy-partners-lp/140624regencycltrlomax.pdf |
| https://www.ftc.gov/system/files/documents/closing_letters/eastman-chemical-company-commonwealth-laminating-coating/141125eastmancommonwealtheastmanltr.pdf |
| https://www.ftc.gov/system/files/documents/closing_letters/zillow-inc.trulia-inc./150219zillowclosingltr.pdf |
| https://www.ftc.gov/system/files/documents/closing_letters/nid/160616electronicfundsletter.pdf |
| https://www.ftc.gov/system/files/documents/closing_letters/nid/161_0199_-_uph-uwh_closing_letter_3-27-17.pdf |
| https://www.ftc.gov/system/files/documents/closing_letters/nid/1710031_tesoro_western_closing_letter_to_counsel_for_tesoro.pdf |
| https://www.ftc.gov/system/files/documents/closing_letters/nid/1710004bassproclosingletter.pdf |
| https://www.ftc.gov/system/files/documents/closing_letters/nid/161_0227_mrmc_dhr_closing_letter_to_counsel_for_dhr.pdf |
| https://www.ftc.gov/system/files/documents/closing_letters/nid/171_0223_costar-landmark_closing_letter_to_counsel_for_landmark.pdf |
| https://www.ftc.gov/system/files/documents/closing_letters/nid/1710060luxotticaclosingletter.pdf |
| https://www.ftc.gov/system/files/documents/closing_letters/nid/roche_closing_letter_12-16-19.pdf |

**1. UnitedHealth Group - LHC Group Merger**

Optum and LHC Group to Combine, Advancing Abilities to Extend Value-Based Care into Patients' Homes (March 29, 2022)
https://www.unitedhealthgroup.com/newsroom/2022/2022-03-29-optum-lhc-group-combine.html

UnitedHealth and LHC filed for merger review under HSR on April 7 (April 29, 2022)
https://www.sec.gov/Archives/edgar/data/1303313/000114036122016965/ny20004033x1_prem14a.htm

UnitedHealth and LHC receive Second Request (June 10, 2022)
https://www.sec.gov/Archives/edgar/data/1303313/000156459022023012/lhcg-8k_20220610.htm

UnitedHealth and LHC extend outside date on merger, certify compliance (Dec. 7, 2022)
https://www.sec.gov/Archives/edgar/data/1303313/000095017022026108/lhcg-20221206.htm

UnitedHealth, LHC close merger (Feb. 22, 2023)
https://www.sec.gov/ix?doc=/Archives/edgar/data/1303313/000095017023003585/lhcg-20230222.htm

**2. CVS-Oak Street**

CVS Health to Acquire Oak Street Health (Feb. 8, 2023)
https://investors.oakstreethealth.com/news/news-details/2023/CVS-Health-to-Acquire-Oak-Street-Health/default.aspx

CVS Health, Oak Street filed HSR on Feb. 24 (March 9, 2023)
https://www.sec.gov/Archives/edgar/data/1564406/000119312523064913/d477620dprem14a.htm

CVS Health, Oak Street HSR waiting period expired on March 27 (March 30, 2023)
https://www.sec.gov/Archives/edgar/data/1564406/000119312523084417/d477620ddefm14a.htm

**3. Amazon-One Medical**

Amazon and One Medical Sign an Agreement for Amazon to Acquire One Medical (July 21, 2022)
https://press.aboutamazon.com/2022/7/amazon-and-one-medical-sign-an-agreement-for-amazon-to-acquire-one-medical

Amazon, One Medical receive FTC second request (Sept. 2, 2022)
https://www.sec.gov/Archives/edgar/data/1404123/000140412322000059/projectmoon-

**Exhibit B**

ftcsecondreque.htm

One Medical Joins Amazon to Make It Easier for People to Get and Stay Healthier (Feb. 22, 2023)
https://www.onemedical.com/mediacenter/one-medical-joins-amazon/

### 4. CSL - Vifor Pharma

CSL to Acquire Vifor Pharma, a Leader in Kidney Care (Dec. 23, 2021)
https://www.cslbehring.com/vita/2021/csl-to-acquire-vifor-pharma-a-leader-in-kidney-care

Update on the timeline for Vifor Pharma tender offer (May 12, 2022)
https://www.viforpharma.com/update-timeline-vifor-pharma-tender-offer#

Finalisation of Vifor Pharma acquisition (August 2, 2022)
https://investors.csl.com/site/PDF/44d45391-045c-4909-9754-1631c58c1aef/FinalisationofViforPharmaAcquisition

### 5. Pfizer-Arena

Pfizer to Acquire Arena Pharmaceuticals (Dec. 13, 2021)
https://www.pfizer.com/news/press-release/press-release-detail/pfizer-acquire-arena-pharmaceuticals

Pfizer, Arena filed HSR documents on Jan. 4 (Jan. 7, 2022)
https://www.sec.gov/ix?doc=/Archives/edgar/data/0001080709/000114036122000982/brhc10032664_8k.htm

Pfizer, Arena pull, refile HSR documents (Feb. 7, 2022)
https://www.sec.gov/ix?doc=/Archives/edgar/data/0001080709/000156761922002666/brhc10033590_8k.htm

Pfizer HSR period expires on Arena merger (March 10, 2022)
https://www.sec.gov/ix?doc=/Archives/edgar/data/0001080709/000114036122008712/brhc10035041_8k.htm

### 6. Merck - Acceleron Pharmaceuticals

Merck to Acquire Acceleron Pharma Inc. (Sept. 30, 2021)
https://www.merck.com/news/merck-to-acquire-acceleron-pharma-inc/

Merck Announces Withdrawal and Refiling under the Hart-Scott-Rodino Act and Extension of Tender Offer to Acquire Acceleron Pharma Inc. (Oct. 29, 2021)

https://www.businesswire.com/news/home/20211029005540/en/Merck-Announces-Withdrawal-and-Refiling-under-the-Hart-Scott-Rodino-Act-and-Extension-of-Tender-Offer-to-Acquire-Acceleron-Pharma-Inc.

Merck Announces Expiration of Hart-Scott-Rodino Act Waiting Period and Extension of Tender Offer to Acquire Acceleron Pharma Inc.(Nov. 17, 2021)
https://www.merck.com/news/merck-announces-expiration-of-hart-scott-rodino-act-waiting-period-and-extension-of-tender-offer-to-acquire-acceleron-pharma-inc/

**7. ThermoFisher - PPD**

Thermo Fisher Scientific to Acquire PPD, Inc., a Leading Clinical Research Organization (April 15, 2021)
https://ir.thermofisher.com/investors/news-events/news/news-details/2021/Thermo-Fisher-Scientific-to-Acquire-PPD-Inc.-a-Leading-Clinical-Research-Organization/default.aspx

Thermo Fisher PPD acquisition received FTC second request on July 16 (July 28, 2021)
https://s27.q4cdn.com/797047529/files/doc_financials/2021/q2/c5cd405b-fb98-4b3f-a976-759e2f39e333.pdf
Thermo Fisher, PPD certified compliance with FTC second request on Oct. 22 (Oct. 27, 2021)
https://s27.q4cdn.com/797047529/files/doc_financials/2021/q3/Q3-2021-10Q.pdf

Thermo Fisher Scientific Completes Acquisition of PPD, Inc.(Dec. 8, 2021)
https://ir.thermofisher.com/investors/news-events/news/news-details/2021/Thermo-Fisher-Scientific-Completes-Acquisition-of-PPD-Inc/default.aspx

**8. Clarivate - ProQuest**

Clarivate to acquire ProQuest (May 17, 2021)
https://about.proquest.com/en/news/2021/clarivate-to-acquire-proquest/

Clarivate received FTC second request on ProQuest merger (July 29, 2021)
https://www.sec.gov/Archives/edgar/data/1764046/000110465921097178/tm2123468d1_8k.htm

Clarivate Successfully Completes Acquisition of ProQuest (Dec. 1, 2021)
https://www.prnewswire.com/news-releases/clarivate-successfully-completes-acquisition-of-proquest-301435610.html

**9. Allergan Aesthetics - Soliton**

Allergan Aesthetics to Acquire Soliton, Expanding Body Contouring Portfolio (May 10, 2021)
https://news.abbvie.com/news/press-releases/allergan-aesthetics-to-acquire-soliton-expanding-body-contouring-portfolio.htm

Allergan, Soliton pull and refile HSR documents (July 2, 2021)
https://www.sec.gov/Archives/edgar/data/1548187/000154818721000042/formxabbvieftcannouncement.htm

Allergan, Soliton receive FTC second request (Aug. 6, 2021)
https://www.sec.gov/Archives/edgar/data/1548187/000154818721000046/form8-kxabbvieftcextension.htm

Allergan, Soliton HSR period expired on Dec. 13 (Dec. 14, 2021)
https://www.sec.gov/ix?doc=/Archives/edgar/data/1548187/000119312521356787/d210715d8k.htm

### 10. Baxter - Hillrom

Baxter to Acquire Hill-Rom, Expanding Connected Care and Medical Innovation Globally (Sept. 02, 2021)
https://investor.baxter.com/investors/events-and-news/news/press-release-details/2021/Baxter-to-Acquire-Hillrom-Expanding-Connected-Care-and-Medical-Innovation-Globally/default.aspx

Baxter, Hill-Rom submitted HSR filings on Sept. 13 (Oct. 1, 2021)
https://www.sec.gov/Archives/edgar/data/47518/000114036121033299/ny20000619x3_prem14a.htm

Baxter, Hill-Rom HSR expired, received FTC letter on Oct. 13 (Oct. 20, 2021)
https://www.sec.gov/Archives/edgar/data/47518/000114036121035000/ny20000619x12_defm14a.htm

1. **Charleston Area Medical Center and Mon Health**

Mon Health System and CAMC Announce Single Health System (March 31, 2022)
https://www.monhealth.com/main/newsroom/mon-health-system-and-camc-announce-single-health-526

Deal has received regulatory approval (Sept. 1, 2022)
https://www.monhealth.com/main/newsroom/vandalia-health-announcement-563


2. **Advocate Aurora - Atrium Health**

Advocate Aurora Health and Atrium Health to Combine (May 11, 2022)
https://atriumhealth.org/about-us/newsroom/news/2022/05/advocate-aurora-health-and-atrium-health-to-combine

Advocate Aurora deal with Atrium encounters headwinds with FTC, Illinois regulators (Milwaukee Business Journal, Sept. 13, 2022)
https://www.bizjournals.com/milwaukee/news/2022/09/13/advocate-aurora-atrium-hits-headwinds-with-ftc.html

Advocate Aurora Health and Atrium Health Complete Combination (Dec. 2, 2022)
https://atriumhealth.org/about-us/newsroom/news/2022/12/advocate-aurora-health-and-atrium-health-complete-combination
Prime Therapeutics - Magellan RX Management


3. **Sparrow Health - University of Michigan Health**

Sparrow to join U-M Health under proposed agreement (Dec. 8, 2022)
https://www.michiganmedicine.org/news-release/sparrow-join-u-m-health-under-proposed-agreement

University of Michigan Health, Sparrow officially join together to deliver world-class healthcare (April 3, 2023)

Sparrow and U-M Health deal announcement
https://www.uofmhealth.org/sparrow

**Exhibit C**

**4. Beaumont Health, Spectrum Health**

Letter of intent signed (June 16, 2021)
https://formichiganbymichigan.org/wp-content/uploads/2021/06/bhsh-letter-of-intent-signed.pdf

Spectrum Health and Beaumont Health Take Important Step Toward Creating a New Health System For Michigan, By Michigan (Sept 2, 2021)
https://emma.msrb.org/P21491951-P21155522-.pdf

Progress continues on Beaumont Health and Spectrum Health's new health system (Sept. 24, 2021)
https://www.beaumont.org/health-wellness/press-releases/progress-continues-on-beaumont-health-and-spectrum-healths-new-health-system-initial-pre-integration-planning-beginning-regulatory-review-on-going

Spectrum Health and Beaumont Health to Launch New Health System on Feb. 1 (Jan. 31, 2022)
https://www.beaumont.org/health-wellness/press-releases/spectrum-health-and-beaumont-health-to-launch-new-health-system-on-feb-1

**5. Intermountain Healthcare - SCL Health**

Intermountain Healthcare and SCL Health Announce Intent to Merge (Sept. 16, 2021)
https://www.sclhealth.org/news/intermountain-healthcare-and-scl-health-announce-intent-to-merge/

Colorado Department of Law issues opinion allowing SCL Health merger with Intermountain Health Care to proceed (March 31, 2022)
https://coag.gov/press-releases/3-31-22/

Intermountain Healthcare and SCL Health Complete Merger (April 5, 2022)
https://www.sclhealth.org/news/intermountain-healthcare-and-scl-health-complete-merger/