UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG L.P.,,<br><br>  Plaintiff,<br><br> v.<br><br>FEDERAL TRADE COMMISSION,<br><br>  Defendant. | Civ. A. No. 22-3309 (RC) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

  Defendant, Federal Trade Commission ("FTC"), by and through undersigned counsel, respectfully requests that the time for Defendant's Reply be extended from July 4, 2023 to August 22, 2023.  This is the first request for an extension of this deadline.  Moreover, Plaintiff has graciously consented to the request, which is supported by good cause.

  By virtue of Plaintiff's consent motion for a three-week extension of time to accommodate its newly-appointed counsel, Defendant's Reply was moved to June 20, 2023 – only three days before undersigned counsel's minor child was scheduled to undergo a major surgery.  This was not ideal timing, but because it preceded the surgery, it was possible to achieve.  A subsequent, modest request for additional time in order to procure an expert opinion in support of the Opposition and Cross-Motion for Summary Judgment (also submitted with Defendant's consent), however, moved Defendant's Reply from June 20, 2023 to July 4, 2023.  And that was not possible to achieve.  First, July 4, 2023—Independence Day—is federal holiday.  Second, even extending the deadline to July 5 would likely require submission of the brief by June 30, 2023 for internal review – too short a time relative to counsel's return from the aforementioned surgery.

Unbeknownst to any of the parties at the time, the combined effect of Plaintiff's two extensions was to require Defendant to assign new agency counsel to the matter, as former agency counsel has since been elevated, suddenly and unexpectedly, to a supervisory position within the FTC.  Combined with a long-standing argument in the Ninth Circuit Court of Appeals in mid-July, the recent major change in responsibilities has made it impossible for the agency counsel best positioned to review Plaintiff's expert declaration and develop Defendant's response to it.   In consultation with one another (and taking into account other pre-existing responsibilities and deadlines, as well as the learning curve associated with the new assignment), outgoing and incoming agency counsel have determined  that the earliest date by which Defendant could prepare a declaration is August 1, 2023, by which time undersigned counsel will be abroad, returning between August 15 and 17, 2023.  As that leaves five to seven days for the preparation of Defendant's Reply, no sooner deadline can work.  Defendant submits that the extension is not unreasonable since briefing will be finished significantly before the case's one-year anniversary.

WHEREFORE Defendant respectfully requests that the motion be granted.

Dated:  June 29, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ *John Moustakas*_____
JOHN MOUSTAKAS, D.C. Bar #442076
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2518

*Attorneys for the United States of America*